FILED
MAY 15 2008
CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRhone DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OMAR ROMERO SANCHEZ,<br><br>  Defendant. | Criminal Case No. 08cr1575-DMS<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 1544-<br>Misuse of Passport (Felony) |

The United States Attorney charges:

On or about April 16, 2008, within the Southern District of California, defendant OMAR ROMERO SANCHEZ, did willfully and knowingly use and attempted to use a United States passport issued and designed for the use of another in the following manner, to wit; defendant presented a United States passport to a federal officer, claiming to be Edgar Jose Bernal, a United States citizen, knowing full well that he was not, to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

DATED: 5/15/08 .

KAREN P. HEWITT
United States Attorney

for JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:lml:4/28/08