AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

OMAR ROMERO SANCHEZ

WAIVER OF INDICTMENT

CASE NUMBER: 08CR1575-DMS

I, OMAR ROMERO SANCHEZ, the above named defendant, who is accused of violating Title 18, U. S. C., Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5-15-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
OMAR ROMERO SANCHEZ
Defendant

_____
JOE COX
Counsel for Defendant

Before _____
JUDICIAL OFFICER

JDM:lml:4/28/08