MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JUNE 3, 2008

| HON. **BARBARA L. MAJOR** | | | DEPUTY CLERK: **M. BEHNING** |
|---|---|---|---|
| 08CR1575-DMS | USA | VS | OMAR ROMERO SANCHEZ(1/C/SPA) 08212298 |

    1: ELMER JOE COX

    AUSA: LARA STINGLEY

ARRAIGNMENT
CHANGE OF PLEA
================================================================
BLM08:1005-1043

DEFT ARRAIGNED ON SUPERSEDING INFORMATION 6/3/08
DEFT TRUE NAME IS AS STATED ON SUPERSEDING INFORMATION:
OMAR ROMERO-SANCHEZ

CHANGE OF PLEA HEARING HELD 6/3/08
PLEA TENDERED GUILTY TO COUNT ONE(1) OF THE SUPERSEDING INFORMATION
PSR WAIVED
XT INTEREST OF JUSTICE 6/3/08-6/20/08
MOTION HEARING PREVIOUSLY SET FOR 6/27/08 HAS BEEN VACATED

ACCEPT PLEA W/O PO RPT & SENT 6/20/08 9AM BEFORE JUDGE DANA M. SABRAW